UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BAUSCH & LOMB INCORPORATED,

                         Plaintiff,

    - against -

CIBA VISION CORPORATION and
NOVARTIS AG,

                         Defendants.
-----------------------------------------------------------X

CIVIL ACTION NO.:

10-cv-6643 MAT

**CONSENT JUDGMENT**

WHEREAS, on November 16, 2010, Bausch & Lomb Incorporated ("Bausch & Lomb") commenced the above captioned action against CIBA VISION Corporation ("CIBA Vision") and Novartis AG ("Novartis"), alleging claims for false advertising under the Lanham Act, 15 U.S.C. §1125(a), and related state law claims concerning a CIBA Vision print advertisement (the "Advertisement"), a copy of which is attached hereto as Exhibit A;

WHEREAS, the Advertisement contained multiple claims concerning the performance of certain contact lens care solutions against the microorganism *Acanthamoeaba*, including Bausch & Lomb's ReNu® MultiPlus® Multi-Purpose lens care solution ("ReNu MultiPlus") and CIBA Vision's Clear Care® product ("Clear Care");

WHEREAS, included in the claims of the Advertisement, among others, were the following claims:

    (a) Clear Care is "the best weapon against *Acanthamoeba*" (the "Best Weapon" claim);

(b) ReNu MultiPlus has "0%" efficacy in protecting against *Acanthamoeba* cysts (the "0% Efficacy Claim");

WHEREAS, Bausch & Lomb has dismissed its Complaint with respect to Novartis with prejudice; and

WHEREAS Bausch & Lomb and CIBA Vision have entered into a settlement agreement ("Settlement Agreement") and have consented to the entry of this Consent Judgment, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter herein and over the parties who have consented to entry of this Consent Judgment;

2. CIBA Vision and its officers, directors, shareholders, employees, representatives, agents, attorneys, affiliates, subsidiaries, successors, and assigns, and all those in active participation and concert with each of the foregoing, are hereby permanently enjoined from any further distribution and use of:

(a) the Advertisement;

(b) any advertising or marketing claim that "Clear Care is the Best Weapon against Acanthamoeba" to the extent such claim is based on the study published in the Journal of Clinical Microbiology, titled "Resistance of Acanthamoeba Cysts to Disinfection in Multiple Contact Lens Solutions," by Stephanie P. Johnston, *et al.* (the "Johnston Study");

(c) any advertising or marketing claim that any Bausch & Lomb product has "0% Efficacy", and any advertising or marketing claim representing that any Bausch & Lomb

2

product has "0%" or "no disinfection efficacy" against *Acanthamoeba* cysts to the extent such claims are based on the Johnston Study;

(d) any advertising or marketing claim making comparisons between any CIBA Vision product included in the Advertisement and any Bausch & Lomb product that is based on or references as its support the Johnston Study;

(e) any advertising or marketing claim that any multi-purpose contact lens solution tested in the Johnston Study failed to demonstrate complete disinfection efficacy against *Acanthamoeba* cysts to the extent such claims are based on the Johnston Study;

(f) any graphic depiction of the Johnston Study results comparing the results of Clear Care with those of any competitor.

3. Bausch & Lomb shall have the right to reinstate any claims originally raised in this lawsuit if CIBA Vision fails to comply with terms of this Consent Judgment.

4. This Court shall retain continuing jurisdiction over the parties to the Consent Judgment and over the subject matter of this action for the purpose of interpreting and enforcing the terms of the Settlement Agreement and this Consent Judgment.

5. Bausch & Lomb and CIBA Vision consent to the issuance and entry of this Consent Judgment and waive the right to appeal from or otherwise contest this Consent Judgment, which may be entered in the form and content as set forth above without further notice to any party.

6. Nothing in this Consent Judgment shall relieve either of the parties of any further obligations set forth in the Settlement Agreement.

7. The provisions of this Consent Judgment represent the entirety of the relief awarded to Bausch & Lomb in this action. Each party shall bear its own costs.

3

By: [signature]
A. Robert D. Bailey, Esq.
Corporate Vice President and General Counsel
Bausch & Lomb Incorporated
One Bausch & Lomb Place
Rochester, NY 14604-2701
Fax (585) 338-8706
E-Mail: bob.bailey@bausch.com

By: [signature]
LECLAIR KORONA GIORDANO COLE LLP
Paul L. Leclair
150 State Street, Suite 300
Rochester, New York 14614
(585) 327-4100

– and –

PROSKAUER ROSE LLP
Brendan J. O'Rourke (BO-2351) (*pro hac vice*)
Alexander Kaplan (AK-4207) (*pro hac vice*)
Adam Siegartel (AS-6947) (*pro hac vice*)
Eleven Times Square
New York, NY 10036
(212) 969-3000

*Attorneys for Plaintiff*

By: _____
Scott Chyatte
Secretary and General Counsel
CIBA Vision Corporation
11460 Johns Creek Parkway
Duluth, GA 30097
(678) 415-3055

By: _____
K. Wade Eaton
CHAMBERLAIND' AMANDA
1600 Crossroads Building
Two State Street
Rochester, NY 14614
(585) 232-3730

Thomas P. Steindler
McDERMOTT, WILL & EMERY
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

*Attorneys for CIBA Vision Corporation*

4

By: _____
   A. Robert D. Bailey, Esq.
   Corporate Vice President and General Counsel
   Bausch & Lomb Incorporated
   One Bausch & Lomb Place
   Rochester, NY 14604-2701
   Fax (585) 338-8706
   E-Mail: bob.bailey@bausch.com

By: *[signature]* _____
Scott Chyatte
Secretary and General Counsel
CIBA Vision Corporation
11460 Johns Creek Parkway
Duluth, GA 30097
(678) 415-3055

By: _____
LECLAIR KORONA GIORDANO COLE LLP
Paul L. Leclair
150 State Street, Suite 300
Rochester, New York 14614
(585) 327-4100

   – and –

PROSKAUER ROSE LLP
Brendan J. O'Rourke (BO-2351) (*pro hac vice*)
Alexander Kaplan (AK-4207) (*pro hac vice*)
Adam Siegartel (AS-6947) (*pro hac vice*)
Eleven Times Square
New York, NY 10036
(212) 969-3000

*Attorneys for Plaintiff*

By: *[signature]* _____
K. Wade Eaton
CHAMBERLAIND' AMANDA
1600 Crossroads Building
Two State Street
Rochester, NY 14614
(585) 232-3730

Thomas P. Steindler
McDERMOTT, WILL & EMERY
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

*Attorneys for CIBA Vision Corporation*

4

SO ORDERED:

Dated: April 2/, 2011

_____
Hon. Michael A. Telesca
U.S. District Court Judge

SO ORDERED:

Dated: April 2/, 2011

Hon. Michael A. Telesca
U.S. District Court Judge